# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF CALIFORNIA

In re    **Sedalia McFadden**         )
)
)
)    Case No.
)
)
)

## VERIFICATION OF MASTER ADDRESS LIST

I (we) declare under penalty of perjury that the attached Master Address List is a true, correct, and complete list of creditors and their addresses in this case.

I (we) acknowledge the following:

- Filing a Master Address List with incomplete or incorrect addresses may mean that creditor(s) with incomplete or incorrect address(es) may not receive notification of this Bankruptcy case.

- The debtor(s) and the debtor's(s') attorney or bankruptcy petition preparer, if any, share responsibility for the accuracy and completeness of the attached Master Address.

- The Court will use the addresses on the attached Master Address List for all items that the Court mails, and will not rely on other documents filed in this case (such as schedules and statements required by the Bankruptcy Code and the Federal Rules of Bankruptcy Procedure) to obtain or verify the addresses of creditors.

DATED:    March 25, 2019                      /s/ Sedalia McFadden
                                                                                         Debtor's Signature

**Submit this form and your Master Address List to one of the following addresses**:

Sacramento Division
501 I Street, Suite 3-200
Sacramento, CA 95814

Modesto Division
Mailing Address:
501 I Street, Suite 3-200
Sacramento, CA 95814

Physical Address:
1200 I Street, Suite 4
Modesto, CA 95354

Fresno Division
2500 Tulare Street, Suite 2501
Fresno, CA 93721

```
Sedalia McFadden

Ashro
1112 7th Avenue
Monroe, WI 53566

Axcess Financial
7755 Montgomery Rd
Cincinnati, OH 45236

Axcess Financial
7755 Montogomery Road
Suite 400
Cincinnati, OH 45236

Bayview Financial Loan
4425 Ponce De Leon Blvd
Coral Gables, FL 33146

Bayview Financial Loan
Attn: Bankruptcy Dept
4425 Ponce De Leon Blvd. 5th Floor
Coral Gables, FL 33146

Capital One
15000 Capital One Dr
Richmond, VA 23238

Capital One
Attn: Bankruptcy
Po Box 30285
Salt Lake City, UT 84130

Ginnys
1112 7th Ave.
Monroe, WI 53566-1364

Kohls/Capital One
N56 W 17000 Ridgewood Dr
Menomonee Falls, WI 53051

Kohls/Capital One
Kohls Credit
Po Box 3120
Milwaukee, WI 53201

Midnight Velvet
1112 7th Ave
Monroe, WI 53566

Midnight Velvet
Attn: Bankruptcy
1112 7th Avenue
Monroe, WI 53566
```

```
Montgomery Ward
P.O. Box 2843
Monroe, WI 53566-8002

Professional Bureau of Collections of Ma
5295 Dtc Parkway
Greenwood Village, CO 80111

Professional Bureau of Collections of Ma
Attn: Bankruptcy
5295 Dtc Parkway
Greenwood Village, CO 80111

Rash Curtis & Associates
190 S Orchard Ave Ste A2
Vacaville, CA 95688

Rash Curtis & Associates
Attn: Bankruptcy
Po Box 5790
Vacaville, CA 95696

Tab/sunbit
10880 Wilshire Blv Suite 870
Los Angeles, CA 90024
```